

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00305-CR

**NICHOLAS TROY BOGERT, II,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

From the 272nd District Court
Brazos County, Texas
Trial Court No. 13-05578-CRF-272

## MEMORANDUM  OPINION

Appellant, Nicholas Troy Bogert II, appealed his convicted for aggravated robbery.  *See* TEX. PENAL CODE ANN. § 29.03 (West 2011).  On September 23, 2015, appellant's counsel filed a motion to dismiss this appeal that was signed by both appellant and his counsel and indicated an intent to voluntarily dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).

Appellant's motion to dismiss is granted, and this appeal is hereby dismissed.  *See id.*

AL SCOGGINS
Justice


Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Motion to dismiss granted; appeal dismissed
Opinion delivered and filed October 8, 2015
Do not publish
[CR25]

